**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KC & KAJI, LLC** | § | **CASE NO. 20-40937** |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |

**FEE APPLICATION COVER SHEET**

Fee Application of:     Scott M. Seidel, SUBV  Trustee

Fee Application of: April 8, 2020          to          October 1, 2020

Status of Case:     Plan Confirmed, Order uploaded to Court

| | | | |
|---|---|---|---|
| Retainer Received: | $0.00 | Amount Previously Paid: | $0.00 |

**Amount Requested:**                    **Reduction:**

| | | | |
|---|---|---|---|
| Fees: | $8,692.50 | Vol. Fee Reduction: | $0.00 |
| Expenses: | $108.40 | Vol. Expenses Reduction: | $0.00 |
| Total: | $8,800.90 | Total Reduction: | $0.00 |

**Expenses:**

| | | | |
|---|---|---|---|
| Lexis/Westlaw | $100.00 | Total copies: | $8.40 |

By:  */s/ Scott M. Seidel*
SUBV  Trustee

Final Application of Subchapter V Trustee for

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **IN RE:** | |
| | **Case No. 20-40937** |
| **KC & KAJI, LLC** | **Chapter   11** |
| **Debtor** | |

**FINAL APPLICATION OF SUBCHAPTER V TRUSTEE**
**FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU <u>MUST</u> FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING ON OR BEFORE OCTOBER 22, 2020 WHICH IS *<u>WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE</u>* SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW, Scott M. Seidel, Subchapter V Trustee, submitting this *Final Application of Subchapter V Trustee for Payment of Fees and Reimbursement of Expenses*, pursuant to 11 U.S.C. §330, and, in support hereof, would show the Court as follows:

1.     This case was commenced by the filing of a Chapter 11 proceeding under Section 1101 of the Bankruptcy Code on April 6, 2020.

2.     The Debtor operates a truck stop / convenience store in Caddo Mills, Texas.

Final Application of Subchapter V Trustee for

3.      The debtor elected to file a case pursuant  Subchapter V of the United States Bankruptcy Code.

4.      Trustee was appointed Subchapter V Trustee by the Office of the United States Trustee on April 8, 2020.

5.      On July 3, 2020, Debtor filed its Chapter 11 Plan of Reorganization. The Plan of Reorganization was amended on September 5, 2020 (the "Plan").

6.      On September 29, 2020, the Court conducted its confirmation hearing in this   case and confirmed Debtor's Amended Plan of Reorganization. The Order Confirming  Amended Plan of Reorganization has been uploaded to the Court.

7.      Pursuant to this Application, Trustee seeks fees totaling  $8,692.50. The Trustee incurred expenses of  $108.40 and requests payment thereof.

8.      A copy of the billing statements of Trustee are attached hereto as Exhibit "A". Exhibit "A" sets forth on a daily basis the nature of the services rendered by Trustee, the date on which those services were performed, and the amount of time dedicated to the particular service.

9.      Professional fees incurred by Trustee were performed pursuant to his statutory duties under Section 1183 of the Bankruptcy Code. The principal services performed by Trustee involved the following:

       a) Consultation with Debtor and Debtor's counsel. Visitation to Debtor's business location was avoided to reduce fees.

       b) Participation in all scheduled hearings as required.

       c) Review of Debtor's Plan and outstanding claims subject to treatment under the Plan. Discussions with Debtor's representative and his counsel regarding the Plan.

       d) Trustee billed at his standard hourly rate of $475.00 per hour.  This is Trustee's first and final fee application.

10.     Trustee seeks immediate payment of his fees following entry of the Court's on this Application. The Debtor should have sufficient cash on-hand to pay such fees following entry of the Court's order.

WHEREFORE, PREMISES CONSIDERED, Trustee requests upon appropriate notice and opportunity for hearing, if necessary, this Court enter an order approving the Final Application of Subchapter V Trustee for Payment of Fees and Expenses and grant Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/    *Scott M. Seidel*

Scott M. Seidel, Esq.
Texas Bar No. 17999450
6505 W. Park Blvd., Suite 306
Plano, Texas  75093
Telephone: 214-234-2500
scott@scottseidel.com
SUBCHAPTER V TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 1st day of October 2020.

/s/ *Scott M. Seidel*
Scott M. Seidel