# SEIDEL LAW FIRM

6505 W. Park Blvd., Suite 306
Plano, Texas 75093

(214) 234-2500

**RE:** **KC & KAJI, LLC   SUB V TRUSTEE**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-09-20 | Telephone calls with UST re: case, work on first day issues | 0.6 | 285.00 | SMS |
| Apr-16-20 | Receipt and review of emails from debtor counsel, respond, telephone call with creditor counsel | 0.8 | 380.00 | SMS |
| Apr-20-20 | Emails and telephone call with counsel involved in the case | 0.5 | 237.50 | SMS |
| Apr-22-20 | Emails with debtor counsel re: cash collateral order; attendance at cash collateral hearing | 1.8 | 855.00 | SMS |
| Apr-23-20 | Receipt and review of proposed Orders | 0.6 | 285.00 | SMS |
| May-01-20 | Emails re: case | 0.1 | 47.50 | SMS |
| May-04-20 | Emails re: case | 0.1 | 47.50 | SMS |
| May-11-20 | Emails re: case and telephone call with parties re case | 0.3 | 142.50 | SMS |
| May-14-20 | Prepare for and attendance at 341 meeting | 0.9 | 427.50 | SMS |
| May-18-20 | Receipt and review of Motion to Assume | 0.1 | 47.50 | SMS |
| May-21-20 | Receipt and review of offer, telephone call with debtor counsel, brief research re: interest rates, prepare emails to creditor counsel re: proposal | 0.8 | 380.00 | SMS |
| May-26-20 | Prepare for and attendance at hearing on status conference and cash collateral, telephone call with debtor counsel re: lack of operating reports , receipt and review of Motion to Assume and contract with exhibits re: cash collateral hearing and reorganization/operating report | 1.9 | 902.50 | SMS |
| | Emails with UST re: case, brief receipt and review of pleadings r:e same | 0.3 | 142.50 | SMS |
| May-27-20 | Receipt and review of operating report | 0.2 | 95.00 | SMS |
| Aug-24-20 | Telephone call with and emails with parties re: Confirmation issues, receipt and review of Objection to Confirmation and brief research re: same | 1.1 | 522.50 | SMS |
| Aug-25-20 | Prepare for and attendance at Confirmation hearing | 2.2 | 1,045.00 | SMS |
| Sep-02-20 | Emails and telephone call with debtor counsel; | 0.2 | 95.00 | SMS |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Sep-04-20 | Receipt and review of Amended Objection to Confirmation and docs from objecting party | 0.9 | 427.50 | SMS |
| Sep-08-20 | Prepare for and attendance at hearing on Confirmation-- receipt and review of operating reports re: feasibility etc.; receipt and review of -amended objection | 2.0 | 950.00 | SMS |
| Sep-29-20 | Receipt and review of Amended plan, telephone call with and emails with all counsel of record,   brief research re: interest rate issue, receipt and review of Objection to Confirmation, receipt and review of Operating Reports | 0.9 | 427.50 | SMS |
| | Attendance at Confirmation hearing | 1.0 | 475.00 | SMS |
| | Prepare Fee Application | 1.0 | 475.00 | SMS |

Totals   @ $475.00 per hour   18.3   $8,692.50

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Sep-29-20 | Lexis/Westlaw | 100.00 |
| | Copies 42 copies | 8.40 |

Totals   $108.40

**Total Fees, Disbursements**   **$8,800.90**