Label Matrix for local noticing
0540-4
Case 20-40937
Eastern District of Texas
Sherman
Thu Oct  1 14:20:44 CDT 2020

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Gaurab Basnet
3107 Whispering Pine
Melissa, TX 75454-2643

Steve Howen
Steve Howen
7111 Bosque Blvd.
#305
TX
Waco, TX 76710-4071

Hunt County
2500 Stonewall
Greenville, TX 75401-4209

Hunt County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

KC & KAJI, LLC
3107 Whispering Pines
Melissa, TX 75454-2643

Eric A. Liepins
12770 Coit Road
Suite 1100
Dallas, TX 75251-1329

John E. Mitchell
Katten Muchin Rosenman
525 W Monroe
Chicago, IL 60661-3693

John A. Montez
3809 W. Waco Drive
Waco, TX 76710-7105

Timothy W. O'Neal
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Renew Funding (CCM)
1221 Broadway 4th Floor
Oakland, CA 94612-1897

Renew Funding LLC
c/o Law Office of John Montez
523 Herring Ave.
Waco, TX 76708-3638

Scott SEIDEL (SBRA V)
Sub V Chapter Trustee
6505 West Park Boulevard
Ste. 306
Plano, TX 75093-6212

Laurie A. Spindler
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Sunoco
8020 Park Ln.
Dallas, TX 75231-6084

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

John M. Vardeman
UST Office
110 N. College St., Suite 300
Tyler, TX 75702-7231

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Hunt County
2500 Stonewall
Greenville, TX 75401-4209

(u)Renew Funding (CCM)

(d)Sunoco
8020 Park Lane
Dallas, TX 75231-6084

End of Label Matrix
Mailable recipients    19
Bypassed recipients     3
Total                  22